No. 71–5210.  RAY v. BRIERLEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 71–5211.  DURGIN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5212.  STEVENS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–5213.  CAMPBELL v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 71–5214.  RIDGILL v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 71–5219.  DAVIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–5221.  MESSINA v. McMANN, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 71–5222.  GENNARO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–5224.  HUGHES ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–5230.  SECONDINO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–5233.  WESTFALL v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 71–5234.  HALL v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–5235.  GROVE v. RIZZOLO.  C. A. 3d Cir.  Certiorari denied.

No. 71–5237.  SENFELD v. SALISBURY, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.